UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

ALONZO BEHLING,

               Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, COMMISSIONER GARY M.
LANIGAN; WARDEN JORGE OCASIO;
WARDEN PATRICK WALSH; NEW YORK
CITY COMMISSIONER MARTIN F. HORN,
Sued in Individual and official capacity,

               Defendants.
———————————————————————X

CIVIL

JUDGMENT

07 Civ. 8572 (KMW)



       By order dated October 3, 2007, plaintiff was directed to file an amended complaint with this Court within 60 days. On October 31, 2007, the Court received a letter from plaintiff requesting additional time to comply with the Court's order. By order dated January 15, 2008, the Court liberally construed plaintiff's letter as a motion for extension of time and granted him an additional 60 days to comply with the October 3, 2007 order. Since plaintiff has failed to file an amended complaint as specified it is,

       ORDERED, ADJUDGED AND DECREED: That the complaint is hereby dismissed. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

SO ORDERED

                                                        KIMBA M. WOOD
                                                        Chief Judge

Dated: APR X 3 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.